```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 04154
   HOMER D BRYANT
   LETHA M BRYANT                         CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-4677    SSN XXX-XX-5392
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/08/07 .

   2.  The case was converted to Chapter 7 without confirmation, 07/05/2007.

   3.  The Debtor paid a total of $    974.56 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MERCANTILE ADJUSTMENT BU | SECURED VEHIC | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GSAC | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LISLE-WOODRIDGE FDP | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIV MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| MCI RESIDENTIAL SVC MW | UNSECURED | NOT FILED | .00 | .00 |

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ORBIT MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |

```
PATIENT FINANCIAL SERVIC  UNSECURED       NOT FILED              .00         .00
PREFERRED CAPITAL LENDIN  UNSECURED       NOT FILED              .00         .00
PREFERRED CAPITAL LENDIN  UNSECURED       NOT FILED              .00         .00
PREFERRED CAPITAL LENDIN  UNSECURED       NOT FILED              .00         .00
TCF BANK                  UNSECURED       NOT FILED              .00         .00
AT&T WIRELESS             UNSECURED       NOT FILED              .00         .00
VILLAGE OF NAPERVILLE     UNSECURED       NOT FILED              .00         .00
HARRIS & HARRIS LTD       UNSECURED       NOT FILED              .00         .00
ATTENTION LLC             UNSECURED       NOT FILED              .00         .00
        Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00         .00          .00
PRINCIPAL PAID          .00          .00          .00         .00          .00
INTEREST PAID           .00          .00          .00         .00          .00
TOTAL PAID              .00          .00          .00         .00          .00
```

The Debtor's attorney, JAY M REESE            , was allowed $   1500.00
and was paid $    226.00   direct and $    949.22   through the plan.

The Trustee received $      25.34 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/16/07                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 04154 HOMER D BRYANT & LETHA M BRYANT